**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IAN RENFRO, | |
| Plaintiff, | No. 26 C 172 |
| v. | District Judge John F. Kness |
| KEVIN BRADLEY, *et al.*, | |
| Defendants. | |

**KEVIN BRADLEY'S UNOPPOSED MOTION TO EXTEND
TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Kevin Bradley ("Defendant"), by his attorney, Kwame Raoul, Attorney General of the State of Illinois, respectfully requests that this Court extend the deadline for him to answer or otherwise plead to Plaintiff's Complaint to May 26, 2026. In support of this motion, Defendant states as follows:

1. Plaintiff filed the Complaint on January 7, 2026. Dkt. 1. Defendant's answer is due April 20, 2026.

2. The undersigned filed an appearance for Defendant on April 20, 2026. Dkt. 6.

3. Defendant, who is currently on medical leave, and his counsel require additional time to familiarize themselves with the Complaint and file an appropriate response. Defendant therefore requests that the Court extend his deadline to answer or otherwise plead to May 26, 2026.

4. This is the first request for an extension of this deadline. This motion is not brought for undue delay, and no prejudice will result to the Plaintiff by granting this motion.

5. Plaintiff does not oppose this motion.

WHEREFORE, Defendant Kevin Bradley respectfully requests that the Court extend his time to file a response to the Plaintiff's Complaint to May 26, 2026.

Dated: April 20, 2026

1

Respectfully submitted,

**KWAME RAOUL**
Attorney General of Illinois

*/s/ Elizabeth J. Andonova Mallory*
ELIZABETH J. ANDONOVA MALLORY
Assistant Attorney General
Government Representation Division
Office of the Illinois Attorney General
115 South LaSalle Street
Chicago, Illinois 60603
(312) 814-4355
E.AndonovaMallory@ilag.gov

2